**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEBRASKA**
**Denise M. Lucks**     **OFFICE OF THE CLERK**     **M. Therese Bollerup**
**Clerk of Court**     www.ned.uscourts.gov     **Chief Deputy Clerk**

December 10, 2014

Ms. Marjorie E. Krahn, Clerk
United States District Court
Post Office Box 9344
Des Moines, IA 50306-9344

Re:   Andrew J. Parker
      USDC-NE 8:14mj318
      USDC-Southern District of IA 1:12cr54

Dear Clerk:

Pursuant to Rule 32.1 of the Federal Rules of Criminal Procedure, the above action is transferred to the Southern District of Iowa. Enclosed are all certified copies of documents relating to Andrew J. Parker along with a certified copy of the docket sheet.

Please acknowledge receipt of the listed documents at the bottom of this letter as indicated and return it to the Omaha office.

                                Sincerely,

                                By:  s/ Jane Fischer
                                     Deputy Clerk

Enclosures

cc:   U.S. Attorney - Southern District of IA (without enclosures)
      U.S. Attorney - NE (without enclosures)

The above-referenced documents were received by the Southern District Court of Iowa on _____ by _____.

       Date                Signature

Receiving Court's Assigned Case No: _____.

                                Forms-Letter_Rule5Out  1/9/2013

111 South 18th Plaza, Suite 1152          100 Centennial Mall North, Room 593
Omaha, NE 68102-1322                      Lincoln, NE 68508-3803
(402) 661-7350                            (402) 437-1900
Fax: (402) 661-7387                       Fax: (402) 437-1911
Toll Free: (866) 220-4381                 Toll Free: (866) 220-4379